IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY MALONEY,

    Plaintiffs,

  v.

AMERICAN MEDICAL SYSTEMS, et al.,

    Defendants.

        No. C 11-05312 SI

        **ORDER STAYING CASE**

    Currently before the Court is defendants' motion to stay this case pending resolution of the parties' motions pursuant to 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation ("JPMDL"). Plaintiff has not filed any opposition. The Court has already issued stays for other plaintiffs bringing a similar products liability claims against defendants. *See Hill v. American Medical Systems,* CV 11-4610 SI (N.D. Cal. Jan. 10, 2012). For good cause shown, the Court GRANTS defendants' motions to stay this case pending a decision on transfer by the JPMDL. Pursuant to Civil Local Rule 7-1(b), the Court VACATES the January 27, 2012 hearing on the motion to stay.

    **IT IS SO ORDERED.**

Dated: January 23, 1012

SUSAN ILLSTON
United States District Judge